UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RICARDO REGIS, | Civil No. 12-1421 (MJD/JSM) |
| Plaintiff, | |
| v. | ORDER |
| ROSELENE DEVI, STATE OF MINNESOTA RAMSEY COUNTY DISTRICT COURT SECOND JUDICIAL DISTRICT, and UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 25, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2012

                                                s/Michael J. Davis  
                                                MICHAEL J. DAVIS  
                                                Chief United States District Judge