UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RICARDO REGIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROSELENE DEVI, STATE OF MINNESOTA RAMSEY COUNTY DISTRICT COURT SECOND JUDICIAL DISTRICT, and UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA,<br><br>　　　　Defendants. | Civil No. 12-1421 (MJD/JSM)<br><br><br>ORDER |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 25, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2012

　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge